UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| BRENDA K. CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-168 |
| | ) | Edgar |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff Brenda K. Christian brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final administrative decision of the Commissioner of Social Security denying her claim for supplemental security income (SSI) under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381 - 1383f. This case was referred to United States Magistrate Judge Susan K. Lee pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) for a report and recommendation. Magistrate Judge Lee filed her report and recommendation on June 13, 2008. [Doc. No. 17].

The parties have not timely filed any objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

Accordingly, the plaintiff's motion for judgment on the pleadings [Doc. No. 12] is **DENIED**. The defendant's motion for summary judgment [Doc. No. 15] is **GRANTED** pursuant to Fed. R.

1

Civ. P. 56. The administrative decision of the Commissioner of Social Security will be **AFFIRMED**. The plaintiff's complaint will be **DISMISSED WITH PREJUDICE** with each party to bear their own costs of this action. The Clerk of Court is **DIRECTED** to enter a final judgment in accordance with this memorandum and order. The Clerk of Court shall close the record in this case.

      SO ORDERED.

      ENTER this the 1st day of July, 2008.

                                       */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                           UNITED STATES DISTRICT JUDGE